UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 98-313 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Lonnie Lewis Nelson, | |
| Defendant. | |

This matter is before the Court on Defendant Lonnie Nelson's informal request for early termination from supervised release. After considering factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a supervised release term after one year of supervised release, if the defendant's conduct and the interests of justice so warrant. 18 U.S.C. § 3583(e)(1). The Court has reviewed the submissions of Mr. Nelson and the United States Probation Office on this issue. Based on that review, the Court finds that Mr. Nelson has made exemplary rehabilitative efforts both in prison and since his release. The Court commends Mr. Nelson for his efforts, which indicate that Mr. Nelson recognizes the seriousness of the offense he committed, now respects the law, and is deterred from further criminal conduct. The Court therefore concludes that early termination is appropriate. Accordingly, **IT IS HEREBY ORDERED** that Defendant's Request for Early Termination of Supervision is **GRANTED**.

Dated: September 18, 2006

                                                               s/ Paul A. Magnuson
                                                               Paul A. Magnuson
                                                               United States District Court Judge